### BECKER v. NEW YORK TAXICAB CO.

(Supreme Court, Appellate Term.   January 21, 1910.)

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Michael Becker against the New York Taxicab Company. Judgment for defendant, and plaintiff appeals.   Affirmed.

Argued before GIEGERICH, DAYTON, and LEHMAN, JJ.

Isidor Cohn, for appellant.
Lewis D. Mooney, for respondent.

PER CURIAM.   Judgment affirmed, with costs.

DAYTON, J. (dissenting).   Plaintiff's testimony was corroborated by a police officer.   Defendant's chauffeur, an interested witness, gave

the only testimony for defendant. His evidence is far from convincing. Plaintiff sustained the burden of proof.

The judgment for defendant was error, and should be reversed, and a new trial ordered, with costs to appellant to abide the event.